

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00798-CR

Eric C. **MARS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9994
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 9, 2014.

_____
Catherine Stone, Chief Justice